564

■ PUBLIC ADMINISTRATOR OF NEW YORK COUNTY, as Administrator of the Estate of HELEN KELLY, Deceased, Respondent, v DAVID LEVINE, Defendant, and ALEXANDER SUNDEL, Appellant. — Order, Supreme Court, New York County, entered on August 28, 1980, unanimously affirmed, without costs and without disbursements, and without prejudice to a motion addressed to sufficiency of complaint or summary judgment. No opinion. Concur — Sullivan, J. P., Ross, Carro, Silverman and Bloom, JJ.